835 F.2d 878
 Unpublished Disposition
NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
Wilgus KING, Plaintiff-Appellant,
v.
SECRETARY OF HEALTH AND HUMAN SERVICES, Defendant-Appellee.
 No. 87-3036.
 United States Court of Appeals, Sixth Circuit.
 Dec. 1, 1987.
 
 Before ENGEL and CORNELIA G. KENNEDY, Circuit Judges, and JOHN W. POTTER*, District Judge.
 PER CURIAM.
 
 
 1
 Wilgus King appeals from the judgment of the District Court affirming the Secretary of Health and Human Services' denial of his claim for disability benefits.
 
 
 2
 Upon consideration of the entire record and the briefs filed herein, we AFFIRM the judgment of the District Court for the reasons stated by Judge Spiegel in his Order filed December 18, 1986.
 
 
 
 *
 The Honorable John W. Potter, United States District Court for the Northern District of Ohio, sitting by designation